**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
AMDIJA KUCEVIC,

                Plaintiff,

-against-

BULIDING SERVICE 32b-j PENSION FUND
and the BOARD OF TRUSTEES of the BUILDING
SERVICE 32-B-J PENSION FUND,
                Defendants.
------------------------------------------------------------X

08 CIVIL 8197 (DC)

**JUDGMENT**

    Both parties having cross-moved for summary judgment pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable Denny Chin, United States District Judge, and the Court, on August 13, 2009, having rendered its Memorandum Decision that the Clerk enter judgment denying Kucevic's motion for summary judgment, granting defendants' motion, dismissing the case with prejudice and costs, but without fees, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision, dated August 13, 2009, defendant's motion for summary judgment is granted, plaintiff's is denied, the case is dismissed with prejudice and costs, but not fees.

**Dated:** New York, New York
         August 17, 2009

                                          **J. MICHAEL McMAHON**

                                          Clerk of Court
              BY:
                                          Deputy Clerk

